## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SHAYNE EMERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:20-cv-03226-SEM-TSH |
| v. | ) | |
| | ) | Judge Sue E. Myerscough |
| ADVANCED MARKETING & | ) | |
| PROCESSING, INC. d/b/a PROTECT MY | ) | Magistrate Judge Tom Schanzle-Haskins |
| CAR, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED STIPULATION OF DISMISSAL

The Plaintiff Shayne Emery, and Defendant Advanced Marketing & Processing, Inc. d/b/a Protect My Car, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Plaintiff Shayne Emery's claims against Advanced Marketing & Processing, Inc. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

RESPECTFULLY SUBMITTED,

SHAYNE EMERY


/s/ David B. Levin
Attorney for Plaintiff
Illinois Bar No. 6212141
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd.
Suite 1700
Chicago, IL 60604
Phone:  (224) 218-0882
dlevin@toddflaw.com

RESPECTFULLY SUBMITTED,

ADVANCED MARKETING &
PROCESSING, INC.


/s/ Jeffrey A. Backman
Attorney for Defendant
Florida Bar No. 662501
Greenspoon Marder LLP
200 E. Broward Blvd.
Suite 1800
Ft. Lauderdale, FL 33301
Phone: (954) 491-1120
jeffrey.backman@gmlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 21, 2021, a copy of the foregoing Agreed Stipulation for Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff